IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 9:20-CR-38-02 |
| | § | JUDGE RON CLARK |
| CHAZ ALLEN LEWIS | § | |

## FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant, **Chaz Allen Lewis**, and the defendant's attorney **Gary F. Dennison**, and presents this factual basis in support of the defendant's plea of guilty to Count One of the indictment and in support thereof, would show the following:

1. That the defendant **Chaz Allen Lewis**, hereby stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of his plea of guilty to Count One of the indictment, which charges a violation of 18 U.S.C. §922(g)(1), possession of a firearm by a prohibited person.

2. That the defendant, **Chaz Allen Lewis,** who is pleading guilty to such indictment, is one and the same person charged in the indictment.

3. That the events described in the indictment occurred in the Eastern District of Texas and elsewhere.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would

Factual Basis - Page 1

have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the indictment; specifically, the government would have proven the following stipulated facts:

a. On or about April 23, 2020 an officer with the City of Livingston Police Department, as part of an investigation into a stolen vehicle, encountered the defendant, **Chaz Allen Lewis**, and co-defendant, **Kasin Nicole Wilkerson**, in a Walmart parking lot.

b. The officer temporarily detained defendant **Chaz Allen Lewis** and placed him in handcuffs.

c. When the officer was distracted, co-defendant **Kasin Nicole Wilkerson**, removed a firearm, to wit, one North American Arms, Model NA22, .22 caliber revolver bearing serial number L221530, from **Chaz Allen Lewis'** pants pocket and threw it to the ground.

d. A check of the defendant's criminal history revealed that among his numerous previous convictions, he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault in the 258th District Court of Trinity County, Texas in cause number 21113 on March 10, 2014; Prohibited Substance/Item in a Correctional Facility in the 258th District Court of Polk County, Texas in cause number 23115 on March 10, 2014.

e. The defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, one North American Arms,

Model NA22, .22 caliber revolver bearing serial number L221530, while knowing that he had been convicted of the aforementioned crimes.

f. Prior to knowingly possessing the firearm on April 23, 2020, **Chaz Allen Lewis** knew he was a previously convicted felon with the following felony convictions:

Aggravated Assault in the 258th District Court of Trinity County, Texas in cause number 21113 on March 10, 2014; Prohibited Substance/Item in a Correctional Facility in the 258th District Court of Polk County, Texas in cause number 23115 on March 10, 2014.

g. A special agent with the Bureau of Alcohol, Tobacco, and Firearms analyzed the firearm listed above and determined that the firearm was manufactured outside the state of Texas, and therefore traveled in interstate or foreign commerce.

h. **Chaz Allen Lewis** committed the offense in the Eastern District of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and the indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately describes the events and my acts.

Dated: 10-20-20

_____
Chaz Allen Lewis
Defendant

Factual Basis - Page 3

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and the indictment and have reviewed them with my client, **Chaz Allen Lewis** based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis as well as the indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 10/30/20

Gary F. Dennison
Attorney for the Defendant


Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

Tommy L. Coleman
Special Assistant United States Attorney
Eastern District of Texas
Texas Bar: 24034383
415 S. First, Suite 201
Lufkin, Texas 75901
(936) 639-4003
(936) 639-4033 fax
tommy.coleman@usdoj.gov

MICHAEL
ANDERSON
— FOR —